Pfeifer, J.,
concurring in part and dissenting in part.
{¶ 26} I concur in the bulk of the majority opinion, but I dissent from its treatment of personal property as realty.
{¶ 27} It is undisputed that the sales price included personal property, primarily appliances. The property owner’s appraiser presented unrebutted testimony that the personal property was valued at $1,000 per unit. Because there is no evidence to the contrary in the record, I would defer to the appraiser’s valuation of the personal property. I conclude that the valuation of the property should be reduced by $300,000, $1,000 per unit times 300 units. Accordingly, I concur in part and dissent in part.
O’Connor and Lanzinger, JJ., concur in the foregoing opinion.